| | |
|---|---|
| CHARLES MILLER HILKEY, JR., | No. 2:17-cv-02674-TLN-CKD PS |
| Plaintiff, | |
| v. | ORDER |
| ALAN ZANE SAVAGE, et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On December 29, 2017, plaintiff Charles Hilkey, who proceeds without counsel, moved for reassignment of this case to District Court Judge Kimberly J. Mueller. (ECF No. 8.)[1] Defendants opposed this motion and plaintiff replied. (ECF Nos. 10, 11, 17.) Plaintiff has shown no proper basis for his motion. Indeed, the instant motion is substantively identical to plaintiff's prior motion for reassignment that the court denied in a related matter. (See 2:17-cv-1105-KJN, ECF Nos. 32, 33.)

/////
/////
/////

---

[1] This action proceeds before the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for reassignment of the case to Judge Mueller (ECF No. 8) is DENIED.

Dated: January 22, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14/ps.Hilkey.17-2674.Order re motion to reassign

2