UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MILLER HILKEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> ALAN ZANE SAVAGE, et al., <br><br> Defendants. | No. 2:17-cv-02674-TLN-CKD PS <br><br><br> ORDER |

On January 31, 2018, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 20) On February 13, 2018, Plaintiff filed objections to the findings and recommendations. (ECF No. 21.) Defendants subsequently filed responses. (ECF Nos. 22, 23.) Plaintiff filed a reply. (ECF No. 24.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 20) are ADOPTED.
2. The motion to dismiss by Defendant United States of America (ECF No. 5) is GRANTED.

1

3. All claims against Defendants United States of America and Michael Beckwith are DISMISSED with prejudice.
4. The motion to dismiss by Defendants Alan Savage and Daniel Kalt (ECF No. 6) is GRANTED in part, as set forth in the findings and recommendations.
5. All claims against Defendants Alan Savage and Daniel Kalt are REMANDED to the Nevada County Superior Court.
6. The Clerk of Court shall serve a certified copy of the order on the Clerk of the Nevada County Superior Court, and reference the state case number (CU17-082569) in the proof of service.
7. The Clerk of Court shall close this case and vacate all dates.

Dated: March 16, 2018

Troy L. Nunley
United States District Judge